26,562-04

CHARLES WILLIAM ECKELS #606718

Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 26 2015

Abel Acosta, Clerk

August ___19___ ,2015

Clerk
Texas Court Of Criminal Appeals
Supreme Court Building
201 W. 14th Street, Rm 106
Austin, Texas 78701

RE: <u>CHARLES WILLIAM ECKELS</u> VS. <u>CRAIG TOWSON, JUDGE, RESPONDENT</u>

SUBJECT: WRIT OF MANDAMUS

Dear Clerk:

Please find enclosed my original copy of: Writ of Mandamus to be filed
with The Texas Court of Crimial Appeals.

Thank you for your assistance in this matter.

Sincerely,

CHARLES WILLIAM ECKELS

CWE/
Encl.
cc: File

CHARLES WILLIAM ECKELS      §
       Relator, Pro Se       §

     §

V.                 §    CAUSE NO'S <u>10680</u> and <u>10987</u>

CRAIG TOWSON,        §

JUDGE             ¶
43RD DISTRICT COURT    §
PARKER COUNTY, TEXAS    §
       Respondent

## PETITION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes Now Charles William Eckels, Relator, and files this application for writ of mandamus directing Craig Towson, Respondent, to rule on the above Relator's Motion For Nunc Pro Tunc in Cause No's <u>10680</u> and <u>10987</u>, styled The State of Texas vs. Charles William Eckels. In support of this application, relator shows the Court the following:

On July 21, 2013, Relator filed his motion for Nunc Pro Tunc with the 43rd District Criminal Court of Parker County alleging that the cumulative order entered in the above cause numbers on: November 13, 1990 was and is a void cumulative order, as both sentences were tried in a single criminal action in violation of Texas Penal Code, section 3.03. The 43rd District Court's failure to perform a ministerial function under the facts of this case, is a failure and avoidance of Texas Law at the time Relator was tried for the above offenses.

The Relator has no adequate remedy of law to pursue the requested relief other than this application.

1-

This Court has jurisdiction to issue a Writ of Mandamus in this Cause under Article 5, Section 5 of The Texas Constitution and Article 4.04 of the Texas Code of Criminal Procedure.

WHEREFORE, Relator prays the Court grant this application and issue a Writ of Mandamus directing Craig Towson, Respondent to make a ruling on Realtor's Motion For Nunc Pro Tunc filed on: July 21, 2013, and any other relief this Court may deem necessary.

Executed on: _August 19_____, 2015

/s/ _/Charles Eckels/_
CHARLES WILLIAM ECKELS/RELATOR/
PRO SE

Charles William Eckels
TDCJ-ID NO. 606718
Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

## CERTIFICATE OF SERVICE

I, Charles William Eckels, do hereby certify that a true and correct copy of Relator's Motion For Writ of Mandamus, has been forwarded by U.S. Mail, postage pre-paid, first class, to the Respondent of the 43rd District Criminal Court of Parker County, Texas, on this the _19_ day of _August_, 2015.

/s/ _/Charles Eckels/_
CHARLES WILLIAM ECKELS/RELATOR
PRO SE

## DECLARATION

I, Charles William Eckels hereby declares under the penalty of perjury that the foregoing information is true and correct to the best of my knowleadge and belief.

/s/ _/Charles Eckels/_
CHARLES WILLIAM ECKELS/RELATOR
PRO SE

Page two/Final